# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Criminal Case No. 3:10cr00035-1** |
| | ) | |
| **v.** | ) | **2255 MEMORANDUM OPINION** |
| | ) | |
| **ESTEBAN SALMERON-DUQUE,** | ) | **By: Norman K. Moon** |
| **Petitioner.** | ) | **United States District Judge** |

Esteban Salmeron-Duque, a federal inmate proceeding *pro se*, filed a motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255, challenging his 2011 conviction and sentence. Upon review of the record, however, I conclude that the § 2255 motion must be dismissed as an unauthorized, successive motion.

Salmeron-Duque challenges his 180-month sentence for conspiring to distribute 500 grams or more of methamphetamine, in violation of 21 U.S.C. § 846. Court records indicate that Salmeron-Duque previously filed a § 2255 motion regarding the same conviction and sentence, which I dismissed. *See* Docket Nos. 96, 108, and 109. I may consider a second or successive § 2255 motion only upon specific certification from the United States Court of Appeals for the Fourth Circuit that the claims in the motion meet certain criteria.[1] *See* § 2255(h). As Salmeron-Duque has not submitted any evidence of having obtained certification from the Court of Appeals to file a second or successive § 2255 motion, I must dismiss his motion without prejudice as successive.[2]

---

[1] I note that in *United States v. Hairston*, No. 12-8096, 2014 U.S. App. LEXIS 10846, 2014 WL 2600057 (4th Cir. June 11, 2014), the Fourth Circuit held that "a numerically second § 2255 motion should not be considered second or successive pursuant to § 2255(h) where . . . the facts relied on by the movant seeking resentencing did not exist when the numerically first motion was filed and adjudicated." *Cf.* 28 US.C. § 2255(h). In the instant matter, however, there are no new facts upon which Salmeron-Duque is relying and, thus, *Hairston* is inapplicable.

[2] Petitioner is hereby advised of the procedure for obtaining certification from the United States Court of Appeals for the Fourth Circuit to have this court review a successive § 2255 motion. Petitioner must submit a copy of the successive § 2255 motion to the Court of Appeals, along with a motion requesting a three-judge panel certification that the district court may review the successive § 2255 motion. 28 U.S.C. § 2244. A Fourth

**ENTER**: This <u>21st</u> day of April, 2015.

_Norman K. Moon_

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

---

Circuit form and instructions for filing this motion are available from the Fourth Circuit at the following address: Office of the Clerk, United States Court of Appeals for the Fourth Circuit, 900 E. Main St, Richmond, VA 23219.